## Runco, Appellant, *v.* DiJoseph.

Argued March 17, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*James R. Caiola,* submitted a brief for appellant.

*Richard S. Lowe,* Assistant District Attorney, with him *Randolph A. Warden,* Assistant District Attorney, and *Bernard E. DiJoseph,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1958:

The order of the lower court, in effect adjudging forfeit $1,520 taken from the person of appellant after his conviction of bookmaking, is affirmed on the opinion of Judge CORSON, reported in 11 Pa. D. & C. 2d 735.